# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     20-cv-03169-KBJ |

## STIPULATION OF DISMISSAL

The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree that this action shall be dismissed without prejudice.

2. Each Party shall bear their own fees, costs, and expenses in this matter.

3. This Stipulation shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of avoiding the expenses and risks of further litigation.

4. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is hereby dismissed.

Dated: April 26, 2021              Respectfully submitted,

　　　　／s　　　　              MICHAEL R. SHERWIN
Francis W. Sturges, Jr.             Acting United States Attorney
*Appearing Pro Hac Vice*
Natural Resources Defense Council    BRIAN P. HUDAK

20 N. Wacker Dr., Suite 1600
Washington, DC 20005
Phone: 312-847-6807
Fax: 415-795-4799
fsturges@nrdc.org

Aaron Colangelo
(DC Bar No. 468448)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Phone: 202-289-2376
Fax: 415-795-4799
acolangelo@nrdc.org


Counsel for Plaintiff

Acting Chief, Civil Division

BY:
/s
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
Phone: 202-252-2534

Counsel for Defendant